John DOE, James C. Young, Michael A. Sherred, Maurice A. Styles, and All Other Similarly Situated Inmates in the Pennsylvania Department of Corrections, Appellants

v.

Commissioner Colonel Frank PAWLOWSKI, Pennsylvania State Police, Appellee.

Supreme Court of Pennsylvania.

June 21, 2010.

### ORDER

PER CURIAM.

AND NOW, this 21st day of June, 2010, the Order of the Commonwealth Court is hereby AFFIRMED.